■ ABKCO INDUSTRIES, INC., Appellant, v CAPITOL RECORDS, INC., Respondent, and McCARTNEY MUSIC, INC., Intervenor-Respondent.—Judgment and order of the Supreme Court, New York County, entered on September 23, 1975 and November 25, 1975, respectively, unanimously affirmed on the opinions of Helman, J., at Special Term. Respondent-respondent and intervenor-respondent shall recover of appellant one bill of $40 costs and disbursements of these appeals. Concur—Markewich, J. P., Kupferman, Lupiano, Silverman and Lynch, JJ.

■ JOSEPH PETRIELLO et al., Respondents, v TISHMAN REALTY & CONSTRUCTION CO., INC., et al., Defendants. TISHMAN REALTY & CONSTRUCTION Co., INC., Third-Party Plaintiff-Respondent, v NORKIN PLUMBING CO., INC., Third-Party Defendant-Appellant.—Judgment, Supreme Court, Bronx County, entered on August 18, 1975, unanimously affirmed for the reasons stated by Spector, J., at Special Term. Third-party plaintiff-respondent and plaintiffs-respondents shall recover of the appellant one bill of $60 costs and disbursements of this appeal. Concur—Markewich, J. P., Kupferman, Lupiano, Silverman and Lynch, JJ.

■ CLARID PATTERSON, as Administratrix of the Estate of FREDDIE PATTERSON, Deceased, Respondent, v RYDER TRUCK RENTAL, INC., Appellant-Respondent, and R. H. MACY'S Co., INC., et al., Appellants.—Judgment, Supreme Court, New York County, entered June 2, 1975, unanimously reversed, on the law and on the facts, and a new trial granted solely on the issue of damages, with $60 costs and disbursements of this appeal to abide the event, unless the plaintiff-respondent within 20 days of service upon her by the defendants-appellants of a copy of the order entered herein, with notice of entry, serves and files in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict to $425,000 and to the entry of an amended judgment in accordance therewith. If the plaintiff-respondent consents to the reduction, the judgment as so amended and reduced is affirmed, without costs or disbursements. The amount awarded by the jury was excessive and a judgment exceeding the amount indicated is not warranted on this record. Concur—Murphy, J. P., Birns, Silverman, Capozzoli and Nunez, JJ.

■ GERMAN CASTRO, Respondent, v KENNETH C. SZE, Appellant.—Judgment, Supreme Court, New York County, entered October 17, 1975, unanimously reversed, on the law and on the facts, and a new trial granted solely on the issue of damages, with $60 costs and disbursements of this appeal to abide the event, unless the plaintiff-respondent within 20 days of service upon him by the defendant-appellant of a copy of the order entered herein, with notice of entry, serves and files in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict to $60,000 and to the entry of an amended judgment in accordance therewith. If the plaintiff-respondent consents to the reduction, the judgment as so amended and reduced is affirmed, without costs or disbursements. The amount awarded by the jury was excessive and a judgment exceeding the amount indicated is not warranted on this record. Concur—Murphy, J. P., Birns, Silverman, Capozzoli and Nunez, JJ.